UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KRISTOPHER KIRCHNER,

        Plaintiff,

v.

M. STATHAM, et al.,

        Defendants.

No. C 15-5996 EDL (PR)

**ORDER OF DISMISSAL**

On December 23, 2015, plaintiff, proceeding pro se, filed a federal civil rights complaint pursuant to 42 U.S.C. § 1983.[1] The same day, the Clerk notified plaintiff that he had failed to sign his complaint. Plaintiff was cautioned that he must submit a signed complaint within twenty-eight days, or this case would be dismissed. More than twenty-eight days have passed, and plaintiff has not complied with the deficiency notice.

Thus, the instant action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

**IT IS SO ORDERED.**

Dated: February 10, 2016

ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Kirchner996discomp.wpd

---

[1] Plaintiff has consented to magistrate judge jurisdiction. (Docket No. 3.)